# United States Court of Appeals for the Federal Circuit

## 2011-1590:  ATSER RESEARCH TECH V RABA-KISTNER

U.S. District Court
Western District of Texas
Judge Harry Lee Hudspeth

Lower Court/Agency #:  7-CV-0093
Nature of Suit:  830
Case Type:  Civil Private
DCT Type:  Infringement
Basis of Jurisdiction:  Federal Question

Notice of Appeal and Certified List Received:  09/15/2011
Notice of Appeal Filed:  09/01/2011
Docketed and Notice Sent to Parties:  09/15/2011
Certified List Filed:  09/15/2011

Fee Paid:  09/01/2011
Fee Amount:  455.00     Receipt No:  3904813

| **Date** | **Event Summary** |
|---|---|
|  | Nothing Due |
| 11/14/2011 | Appellant Principal Brief Filing Date |
| 01/03/2012 | Appellee or Cross Appellant Principal Brief Filing Date |
| 01/17/2012 | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
| 01/24/2012 | Appendix Filing Date |
| 06/06/2012 | Oral Argument Date/Calendared |
| 06/08/2012 | Disposition:  Affirmed; Panel |
| 07/06/2012 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-1590:  ATSER RESEARCH TECH V RABA-KISTNER

## List of Parties/Representation

| Party Type/Name | Represented by |
|---|---|
| **Petitioner-Appellant** | |
| Atser Research Technologies, Inc. | Eric M. Adams<br>  Mehaffy Weber, P.C.<br>  One Allen Center<br>  500 Dallas Street, Suite 1200<br>  Houston, TX  77002<br>  Phone #: (713)655-1200<br>  Fax #: (713)655-0222<br>  Email: ericadams@mehaffyweber.com<br>  Bar admit: 03/28/2006<br>  EOA Filed: 10/04/2011<br>  Principal Attorney |
| **Defendant-Appellee** | |
| Brytest Laboratories Inc. (dba Raba-<br>  Kistner-Brytest Consult)<br>Lone Star Infrastructure, Joint Venture<br>Raba-Kistner Consultants Inc.<br>Raba-Kistner Infrastructure Inc.<br>Raba-Kistner-Anderson Consultants<br>  Inc (fka Raba-Kistner Cons | John P. Moran<br>  Holland & Knight, LLP<br>  2099 Pennsylvania Avenue, NW<br>  Washington, DC  20006-6801<br>  Phone #: (202)828-1848<br>  Fax #: (202)955-5564<br>  Email: john.moran@hklaw.com<br>  Bar admit: 06/05/1984<br>  EOA Filed: 09/29/2011<br>  Principal Attorney |

# United States Court of Appeals for the Federal Circuit

## 2011-1590:  ATSER RESEARCH TECH V RABA-KISTNER

| Party Type/Name | Represented by |
|---|---|
| | Joshua C. Krumholz<br>  Holland & Knight, LLP<br>  10 St. James Avenue<br>  Suite 1200<br>  Boston, MA  02116<br>  Phone #: (617)573-5820<br>  Fax #: (617)523-6850<br>  Email: joshua.krumholz@hklaw.com<br>  Bar admit: 07/09/2002<br>  EOA Filed: 09/29/2011 |
| | Karen Boyd Williams<br>  Holland & Knight, LLP<br>  Email: karen.boyd@hklaw.com<br>  Bar admit: 03/10/2011<br>  EOA Filed: 01/03/2012 |

# United States Court of Appeals for the Federal Circuit

## 2011-1590:  ATSER RESEARCH TECH V RABA-KISTNER

## Docket Entries

| Date | Type | Entry# | Entry Text |
| --- | --- | --- | --- |
| 09/15/2011 | F | 1 | Appeal docketed on 09/15/2011. EOD(09/15/2011 by C_C)  2011-1590 |
| 09/15/2011 | O | 2 | Official Caption  Court Service - 09/15/11.  Filed: 09/15/11. REV(09/15/11 by C_C)  2011-1590 |
| 09/16/2011 | O | 3 | Duplicate Notice of Appeal from the Western District of Texas received.  Mail Service - 09/01/11.  Received: 09/15/11. REV(09/16/11 by C_C)  2011-1590 |
| 09/30/2011 | O | 4 | Entry of appearance for John P. Morgan as principal counsel on behalf of appellee, Raba-Kistner, et al.  Mail Service - 09/29/11.  Filed: 09/29/11. REV(10/03/11 by SCN)  2011-1590 |
| 09/30/2011 | O | 5 | Entry of appearance for Joshua Krumholz as counsel on behalf of appellee, Raba-Kistner, et al.  Mail Service - 09/29/11.  Filed: 09/29/11. REV(10/03/11 by SCN)  2011-1590 |
| 09/30/2011 | O | 6 | Docketing Statement for the appellee, Raba-Kistner, et al.  Mail Service - 09/29/11.  Filed: 09/29/11. REV(09/30/11 by AD_)  2011-1590 |
| 09/30/2011 | O | 7 | Entry of appearance for Eric Adams as principal counsel on behalf of appellant, Atser Research Technologies, Inc.  Mail Service - 09/29/11.  Filed: 09/29/11. REV(10/03/11 by SCN)  2011-1590 |
| 09/30/2011 | O | 8 | Docketing Statement for the appellant, Atser Research Technologies, Inc.  Mail Service - 09/29/11.  Filed: 09/29/11. REV(09/30/11 by AD_)  2011-1590 |
| 10/03/2011 | O | 9 | Certificate of Interest for appellant Atser Research Technologies, Inc.  Mail Service - 09/28/11.  Filed: 09/29/11. REV(10/03/11 by SCN)  2011-1590 |
| 10/03/2011 | O | 10 | Certificate of Interest for Raba-Kistner Infrastructure Inc., et al.  Mail Service - 09/29/11.  Filed: 09/29/11. REV(10/03/11 by SCN)  2011-1590 |
| 10/07/2011 | O | 11 | Entry of Appearance for Eric Adams, as principal counsel on behalf of the Petitioner - Appellant, Atser Research Technologies, Inc.<br>   Mail Service - 09/28/11.  Filed: 10/04/11. REV(10/07/11 by SCN)  2011-1590 |

# United States Court of Appeals for the Federal Circuit

## 2011-1590:  ATSER RESEARCH TECH V RABA-KISTNER

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 10/07/2011 | O | 12 | Certificate of Interest from the Petitioner - Appellant, Atser Research Technologies, Inc.  Mail Service - 09/28/11.  Filed: 10/04/11. REV(10/07/11 by SCN)  2011-1590 |
| 10/07/2011 | O | 13 | Docketing Statement from the Petitioner - Appellant, Atser Research Technologies, Inc.  Mail Service - 09/28/11.  Filed: 10/04/11. REV(10/07/11 by JS)  2011-1590 |
| 11/15/2011 | B | 14 | Atser Research Technologies, Inc. [Appellant] - Brief of Plaintiff-Appelant Atser ResarchTechnologies, Inc. Mail Service-11/14/11. Filed: 11/14/11.  REV(11/15/11 by SEW)  2011-1590 |
| 01/04/2012 | B | 15 | Raba-Kistner Consultants Inc., et al. [Appellee] - Brief of Appellees. Mail Service-01/03/12. Filed: 01/03/12. REV(01/04/12 by VW)  2011-1590 |
| 01/10/2012 | O | 16 | Entry of appearance for Karen Boyd Williams as counsel on behalf of the appellees, Raba-Kistner Consultants, et al.  Mail Service - 01/03/12.  Filed: 01/03/12. REV(01/10/12 by SCN)  2011-1590 |
| 01/26/2012 | B | 17 | Atser Research Technologies, Inc. [Appellant] - Reply Brief of Plaintiff-Appellant. Mail Service-01/17/12. Filed: 01/17/12. REV(01/26/12 by SEW)  2011-1590 |
| 01/26/2012 | B | 18 | Atser Research Technologies, Inc. [Appellant] - Appendix. Mail Service-01/24/12. Received: 01/25/12. Rejected: 01/26/12. Corrected Appendix Due: 02/09/12. [Confidential and Nonconfidential versions]  REV(01/26/12 by SEW)  2011-1590 |
| 02/13/2012 | B | 19 | Atser Research Technologies, Inc. [Appellant] - Corrected Appendix (Non Confidential ONLY). Mail Service-02/08/12. Filed: 01/24/12. [Confidential and Nonconfidential versions] REV(02/13/12 by C_C)  2011-1590 |
| 04/23/2012 | O | 20 | NOTICE OF CALENDARING issued. Panel: 1206E on June 6, 2012.  Entered: 04/23/2012. (EOD 04/23/2012 by KSH) 2011-1590 |
| 05/14/2012 | O | 21 | Response to Oral Argument Order from the appellant, Atser Research Technologies Inc., stating that Eric M. Adams will argue.  Mail Service - 05/07/12.  Received: 05/14/12. REV(05/14/12 by EO)  2011-1590 |
| 05/21/2012 | O | 22 | Response to oral argument order from the appellee, Raba-Kistner Consultants, Inc. stating that John P. Moran will argue. Mail Service - 05/15/12.  Received: 05/15/12. REV(05/21/12 by LAW)  2011-1590 |

# United States Court of Appeals for the Federal Circuit

## 2011-1590:  ATSER RESEARCH TECH V RABA-KISTNER

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 06/06/2012 | O | 23 | Submitted after ORAL ARGUMENT by Eric M. Adams and . Panel: Rader, Newman and Plager.  Entered: 06/06/2012. (EOD 06/06/2012 by KSH) 2011-1590 |
| 06/08/2012 | D | 24 | Disposition: Affirmed by Panel (Per Curiam) (Rule 36) Nonprecedential. Judgment Entered: 06/08/12. Costs against Appellant. Filed: 06/08/12. Mandate issued to the DCT: 07/06/12. REV (07/06/12 by C_C) 2011-1590 |
| 06/15/2012 | O | 25 | Appellees Baba-Kistner Bill of Costs against appellant.  Mail Service - 06/14/12.  Filed: 06/14/12. REV(06/15/12 by LRP) 2011-1590 |
| 07/06/2012 | P | 26 | Appellant [Atser Research Technologies, Inc.] - Petition for Rehearing [NPF] Mail Service-07/03/12. Filed: 07/05/12. Petition Circulated: 07/06/12. Petition Action(27): Denied on 07/23/12. REV(07/23/12 by LB)  2011-1590 |